NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE KEI ROGER AOKI, MICHAEL W. GRAYSTON, STEVEN R. CARLSON, AND JUDITH M. LEON**

---

2013-1538

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 10/461,829.

---

**JUDGMENT**

---

JONATHAN E. SINGER, Fish & Richardson P.C., of Minneapolis, Minnesota, argued for appellants. With him on the brief was CRAIG E. COUNTRYMAN, of San Diego, California. Of counsel was JAMES P. FINN, III, of Minneapolis, Minnesota.

FRANCES M. LYNCH, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were NATHAN K. KELLEY, Solicitor, THOMAS W. KRAUSE, Special Counsel for IP Litigation, and COKE MORGAN STEWART, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


   PER CURIAM (NEWMAN, LOURIE, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  April 21, 2014  | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |